PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
F I L E D

JUN 05 2020

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**HOUSTON** DIVISION

**JONATHAN GOLATT**
Plaintiff's Name and ID Number

**TDCJ-CID POLUNSKY UNIT**
Place of Confinement

CASE NO. **H-18-1333**
(Clerk will assign the number)

v.

**J. W. TYRON; CHIEF OF POLICE**
Defendant's Name and Address

**DEER PARK; KIM OGG DISTRICT**
Defendant's Name and Address

**ATTORNEY; JOHN DOE; JOHN DOE; HARRIS COUNTY TEXAS**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

INSTRUCTIONS - READ CAREFULLY

**AMENDED / SUPPLEMENTAL COMPLAINT**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____N/A_____
        2. Parties to previous lawsuit:
        Plaintiff(s) _____N/A_____
        Defendant(s) _____N/A_____
        3. Court: (If federal, name the district; if state, name the county.) _____N/A_____
        4. Cause number: _____N/A_____
        5. Name of judge to whom case was assigned: _____N/A_____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____N/A_____
        7. Approximate date of disposition: _____N/A_____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: _Polunsky Unit TDCJ-CID_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _N/A_
_N/A_
_N/A_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _N/A_
_N/A_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_N/A_

Defendant #2: _N/A_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_N/A_

Defendant #3: _N/A_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_N/A_

Defendant #4: _N/A_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_N/A_

Defendant #5: _N/A_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_N/A_

Rev. 05/15

STATEMENT OF CLAIM CONTINUED FROM PAGE FOUR OF 1983 FORM:

THE SAID DEFENDANTS TYRON AND JOHN DOES PLACED ME IN AN UNMARKED TRUCK, AND BEGIN TO THREATEN TO PROSECUTE ME IF I DID NOT ASSIST THEM WITH LETTING THEM INTO AN APARTMENT THAT WAS IN MY MOTHER'S NAME. THEY CLAIMED THAT ON THE 24TH AUGUST 2016 THEY HAD ARRESTED A MALE WHOM THEY CLAIMED THEY WENT TO THE APARTMENT AND LEFTED A BLACK PLASTIC BAG CONTAINING DRUGS AND MONEY. I INFORMED THEM THAT I COULD NOT GIVE THEM PERMISSION TO GO INTO MY MOTHER'S APARTMENT, AND THAT I KNEW NOTHING ABOUT ANY DRUGS AND ILLEGAL DRUGS. THEY THEN TRIED TO FORCE ME TO SIGN MY NAME ON A CONSENT FORM. I WROTE ON IT: "NOT WITHOUT A LAWYER."

SINCE THE FILING OF THE ORIGINAL COMPLAINT, THESE SAID DEFENDANTS: BY AND THROUGH THE HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE PRESENTED TO A STATE COURT JUDGE, HONORABLE REAGAN CLARK. THE CONSENT FORM I WROTE "NOT WITHOUT A LAWYER" ON. THE SAID JUDGE THAT SAID I DID NOT GIVE VOLUNTARY CONSENT AND THAT THE SEARCH WAS ILLEGAL. THAT RULING WAS ON NOVEMBER 8TH 2019.

DEFENDANT TYRON AND JOHN DOES SEARCHED SAID APARTMENT AND STOLE OVER TEN THOUSAND DOLLARS FROM ME DURING THIS SEARCH BUT ONLY TURNED IN THREE-THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS AND ONE CENT. RELEVANT TO ALL TIMES OF THIS COMPLAINT DEFENDANTS TYRON AND JOHN DOES ACTED

Statement of Claim Continued from Page Four of 1983 Form:

During Pendency of this civil action the Plaintiff will show that the Defendants Tyron and John Does were enforcing Municipal Policy established by all the Defendants the Chief of Police of Deer Park, Kim Ogg District Attorney and Harris County, Texas in that Defendants Tyron and John Does both stated out of court and in court that they don't need a warrant that their Chief of Police and Harris County District Attorney of Kim Ogg authorizes them to carry out the very conduct Plaintiff myself has sued Defendants Tyron and John Does about in respects to the search without my consent and without a warrant.

That Defendants Kim Ogg and Chief of Police of Deer Park, and Harris County, Texas has failed to properly drill, train and maintain proper supervision over their subordinates, and that this is not an isolated incident but a wide spread practice taking place consistently and overtime. Plaintiff has recorded evidence that Kim Ogg and Chief of Police of Deer Park and Harris County, Texas have constructive knowledge that Police Officers violates their own Policy's in a corruptive manner that soley effects the lives of innocent people.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1.) DURING PENDENCY OF THIS CIVIL ACTION THE PLAINTIFF WILL SHOW AGAINST DEFENDANTS J.W. TYRON AND JOHN DOE #1 AND JOHN #2 THE FOLLOWING:

A.) ON 7-25-2016 while PLAINTIFF WAS WALKING DOWN A PUBLIC STREET IN THE CITY OF DEER PARK DEFENDANTS J.W. TYRON AND JOHN DOE #1 AND JOHN DOE #2 ALL EMPLOYED BY THE CITY OF DEER PARK POLICE DEPARTMENT – [SEE ORIGINAL COMPLAINT ON FILE FOR NAMES OF DEFENDANTS JOHN DOE #1 AND JOHN DOE #2] – APPROACHED PLAINTIFF AND PUT ME IN HANDCUFFS. *SEE ADDITIONAL PAGES*

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. GRANT $8.2 MILLION DOLLARS AGAINST DEFENDANTS JOINTLY IN COMPENSATORY DAMAGES, $10,000 IN PUNITIVE DAMAGES AGAINST ALL DEFENDANTS EACH, $50.00 NOMINAL DAMAGES.

TRIAL BY JURY ALL OTHER RELIEF

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
JONATHAN GOLATT, GOLATT, JONATHAN LEE, JONATHAN GOLATI, J-READ

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
01610525, 02292996

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ___YES ___NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _N/A_
   2. Case number: _N/A_
   3. Approximate date warning was issued: _N/A_

Executed on: __6-2-20__
              DATE

_____
*Jonathan Golatt*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
             (Day)                       (month)                (year)

"Reinstatement"

_____
Jonathan Golatt
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15